UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-137-WFN-29 |
| ) | CR-99-091-RHW |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANT'S |
| v. ) | MOTIONS FOR RELEASE/FURLOUGH |
| ) | |
| DANIEL ALLEN FLAHERTY, ) | |
| ) | |
| Defendant. ) | |

At the February 6, 2009, hearing on Defendant's Motion to Modify Order of Detention **(Ct. Rec. 949)** or, in the alternative, oral Motion for Furlough **(Ct. Rec. 959)**, Defendant was present with counsel Joseph Nappi. Assistant U.S. Attorney Earl A. Hicks represented the United States. DEA Special Agent Thomas Sullivan testified and was cross-examined. Family members were in the courtroom in support of Defendant. Both sides argued.

The court finds there is no combination of conditions to assure Defendant is not a risk of flight and is not a risk to the community. Accordingly, Defendant's Motions **(Ct. Rec. 949, 959)** are **DENIED.**

**IT IS SO ORDERED.**

DATED February 9, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTIONS FOR RELEASE/FURLOUGH - 1