UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>DANIEL ALLEN FLAHERTY,<br><br>　　　　　　　Defendant. | NO.　CR-08-0137-WFN-29<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　WHEREAS, on June 30, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, preliminarily forfeiting to the United States the following:

　　　　　　$23,246.61 U.S. funds held in US Bank Business Account #: 153560144484, in the name of Daniel A. Flaherty, seized on or about October 3, 2008.

　　　　WHEREAS Defendant DANIEL ALLEN FLAHERTY's interest in the bank account described above was forfeited to the United States pursuant to the plea agreement and judgment filed herein.

　　　　WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

　　　　Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 2, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 21 U.S.C. § 853(n). At the latest,

FINAL ORDER OR
FORFEITURE - 1

the claim period expired on August 31, 2009. To date, no claims have been filed. Accordingly,

**IT IS ORDERED** that:

1. The $23,246.61 U.S. funds are hereby forfeited to the United States, and no interest exists in any other person;

2. The United States Marshals Service shall dispose of the funds in accordance with law.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 27th day of October, 2009.

10-27

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

FINAL ORDER OR
FORFEITURE - 2