PROB 12C
(6/16)

Report Date: August 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Allen Flaherty | Case Number: 0980 2:08CR00137-MKD-29 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Chattaroy, Washington 99003 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 14, 2009

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a) |
| Original Sentence: | Prison - 276 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Amended Sentence: (07/17/2018) | Prison - 262 months; TSR - 120 months |
| Amended Sentence: (03/05/2021) | Prison - 4,551 days; TSR - 120 months |
| Asst. U.S. Attorney: | Richard R. Barker |
| | Date Supervision Commenced: March 19, 2021 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: March 18, 2031 |

---

### PETITIONING THE COURT

To issue a summons.

On March 23, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Flaherty, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: On July 19, 2024, Daniel Flaherty allegedly violated standard condition number 3 by traveling to the District of Oregon without requesting or obtaining permission to do so. |

Prob12C
Re: Flaherty, Daniel Allen
August 21, 2024
Page 2

On July 25, 2024, Mr. Flaherty sent this officer a text message advising that he was "pulled over" at a job site and no citation was issued. According to the text message received from the offender, he was pulled over "just outside the Tri-Cities."

Later that same date, the U.S. Probation Office (USPO) received confirmation from the Umatilla Police Department (UPD) that Mr. Flaherty was contacted by law enforcement on July 19, 2024, for speeding. According to the information received, the offender was contacted in Umatilla, Oregon. It should be noted, according to GoogleMaps, that it is approximately a 40-minute drive from the Tri-Cities to Umatilla, Oregon.

On July 29, 2024, the individual under supervision reported to the USPO to meet with this officer as instructed. During that meeting, Mr. Flaherty suggested that he was at the border of Washington and Oregon on July 19, 2024, to look at a job site. This officer then reminded him that the border of Washington and Oregon lies in the Columbia River, and there is a bridge between the two states thanking people for visiting Washington then welcoming them to Oregon.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/21/2024

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

M. K. Dimke

Signature of Judicial Officer

8/21/2024
Date